271 F.2d 126
 Will Parks CLAY, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 17820.
 United States Court of Appeals Fifth Circuit.
 October 27, 1959.
 
 Appeal from the United States District Court for the Middle District of Georgia; William A. Bootle, Judge.
 Wesley R. Asinof, Atlanta, Ga., for appellant.
 Floyd M. Buford, Asst. U. S. Atty., Frank O. Evans, U. S. Atty., John C. Bracy, Asst. U. S. Atty., Macon, Ga., for appellee.
 Before RIVES, Chief Judge, and TUTTLE and JONES, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed. Reynolds v. United States, 5 Cir., 225 F.2d 123, certiorari denied 350 U.S. 914, 76 S.Ct. 197, 100 L.Ed. 801.